DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Robert Meadows, ) | |
| ) | CASE NO. 1:09 CV 1496 |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| J.T. Shartle, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Entry,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Robert Meadows' petition for habeas relief pursuant to 28 U.S.C. § 2241 is dismissed. This case is closed.

IT IS SO ORDERED.

 October 13, 2009                        *s/ David D. Dowd, Jr.*
Date                                      David D. Dowd, Jr.
                                                 U.S. District Judge